**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:

    Kristine Karmen Samuelson,              Chapter 7
                                                           Case No. 18-41885
                      Debtor.

Erik A. Ahlgren,
Trustee

                    Plaintiff,

v.                                                         Adv. Pro. 18-_____

Richard Baumgartner, and
Laurene Baumgartner

                    Defendants.

**COMPLAINT REQUESTING DECLARATORY JUDGMENT**
**AND THE TURNOVER OF PROPERTY OF THE ESTATE**

      Erik A. Ahlgren, Chapter 7 Trustee ("**Trustee**") of the Bankruptcy Estate of Kristine Karmen Samuelson ("**Debtor**"), brings this complaint seeking a determination that the Green, Convertible 2002 Ford Thunderbird, 3.9 Liter V8 (VIN 1FAHP60A92Y107133) (the "**Thunderbird**") is property of the estate.

**PARTIES**

      1.     The Trustee is the duly-appointed Chapter 7 Trustee of the bankruptcy estate of the Debtor.

      2.     The Debtor is an individual residing at 9580 194th Court SE, Becker, MN.

3. The Defendants, Richard and Laurene Baumgartner, are the Debtor's parents and also live at 9580 194th Court SE, Becker, MN 55308.

## JURISDICTION AND VENUE

4. The Debtor commenced this case as a chapter 7 bankruptcy in this district, and the case is now pending in this court.

5. This adversary proceeding is brought pursuant to 11 U.S.C. §§105 and 541, Federal Rules of Bankruptcy Procedure 7000(1) and Local Rule 1070-1.

6. Jurisdiction over this adversary proceeding is based on 28 U.S.C. §§1334(b). This is a core proceeding under 28 U.S.C. §157(b)(2)(A).

7. This district is the proper venue for this adversary proceeding pursuant to 28 U.S.C. §1409(a).

8. Plaintiff, Erik A. Ahlgren, Trustee consents to final orders or judgment of this court.

## BACKGROUND FACTS

9. Schedule A/B to the Debtor's bankruptcy petition lists the Thunderbird but states "Mom paid for, drives, insures; Debtor has bare legal title".

10. The Thunderbird is titled in the name of the Debtor. See Exhibit A.

## DECLARATORY JUDGMENT

11. The Plaintiff restates and incorporates herein by reference the allegations contained in the paragraphs above.

12. Under Minnesota law, there is a conclusive presumption that the person listed as the owner on a vehicle's certificate of title is the owner of the vehicle. *American Nat'l Gen. Ins. Co. v. Solum*, 641 N.W.2d 891, 899 (Minn. 2002). The presumption is based

on the Motor Vehicle Certificate of Title Act, which was enacted in 1971 and is codified at Minn. Stat. § 168A.10. *Id.* at 895. Prior to 1971, a certificate of title was only prima facie evidence of vehicle ownership, which gave rise to a presumption that was rebuttable rather than conclusive on the issue of ownership. *Id.* at 896. The Motor Vehicle Certificate of Title Act changed the presumption from rebuttable to conclusive. *Id.* at 899. One of the purposes of the Motor Vehicle Certificate of Title Act was to provide a single filing system of vehicle registration similar to the Torrens system for the registration of title to real estate. *Id.* at 899.  The conclusive presumption is rebuttable only in two limited situations, neither of which applies here.  In *Kanuit v. United States Dept. of Treasury Internal Revenue Service (In re Lien)*, the court addressed several uncontested and structural facts, including ownership of a pickup truck and cargo trailer. 415 B.R. 715, 781 (Bankr. D. Minn. 2009). In *Lien*, Judge Kishel explained that if there was a dispute over ownership of the two vehicles he would be compelled to rely on the certificates of title because under Minnesota law the "presumption of ownership from status of record title is 'for the most part conclusive.'"  *Id.* at 718 n. 3; *citing Forstrom*, 684 N.W.2d at 497-98 and *Solum* 641 N.W.2d at 899; *but see In re Johnson*, 210 B.R. 153, 156 (Bankr. D. Minn. 1997) (indicating that the certificate of title creates a rebuttable presumption of ownership). To the extent that the holding in *Johnson* provides a standard other than a conclusive presumption rebuttable only in the two limited circumstances recognized in *American Nat'l Gen. Ins. Co. v. Solum*, 641 N.W.2d 891, 899 (Minn. 2002), the holding in Johnson should be ignored because (a) the holding is non-binding precedent, and (b) is contrary to the law established by the Minnesota Supreme Court.  See *In re Lumbar*, 457 B.R. 748 (8th Cir. B.A.P. 2011)(property interests are determined by state law).

13. Based on the foregoing, the Trustee is entitled to declaratory judgment finding that the Thunderbird is property of the bankruptcy estate within the meaning of 11 U.S.C. §541.

14. Declaratory judgment is justified because there is a substantial controversy between the parties of sufficient immediacy and reality to warrant the issuance of declaratory judgment. In particular, the Trustee has requested turnover of the Thunderbird, but the Debtor and Defendants have, to date, failed or refused to turnover the vehicle.

15. The Bankruptcy Court is a court of equity and has authority to enter declaratory judgment finding that the Thunderbird is property of the Debtor's bankruptcy estate within the meaning of 11 U.S.C. §541.

**WHEREFORE,** Plaintiff seeks an order of the court declaring that (a) the Debtor is the title owner of the 2002 Ford Thunderbird, 3.9 Liter V8 (VIN 1FAHP60A92Y107133), (b) the title creates a conclusive presumption that the Debtor is the owner of the Thunderbird, and (c) the Thunderbird is property of the Debtor's bankruptcy estate within the meaning of 11 U.S.C. §541.

Ahlgren Law Office, PLLC

Dated: September 13, 2018    /e/Erik A. Ahlgren
Attorney #191814
220 West Washington Ave, Ste 105
Fergus Falls, MN 56537
Office: 218-998-2775
Fax: 218-998-6404
erik@ahlgrenlaw.net

ATTORNEY FOR TRUSTEE

# STATE OF MINNESOTA
## CERTIFICATE OF TITLE FOR A MOTOR VEHICLE

| VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE | MODEL/BODY | TITLE NUMBER |
|---|---|---|---|---|
| 1FAHP60A92Y107133 | 02 | FORD | CV THU | 00BQZSJ-1 |

| DATE ISSUED | ODOMETER | TAX BASE | CODE | PLATE NUMBER | CENTRAL OFFICE USE ONLY |
|---|---|---|---|---|---|
| 08/17/18 | N/REQD | 035495 | 09 | 669JCD | |

EXP 03

NO SECURITY INTERESTS DOB 1ST
61969

OWNER
SAMUELSON KRISTINE KARMEN

9580 194TH CT
BECKER MN 55308

# EXHIBIT A

THIS DUPLICATE CERTIFICATE OF TITLE MAY BE SUBJECT TO THE RIGHTS OF A PERSON UNDER THE ORIGINAL CERTIFICATE.    SS

## ASSIGNMENT BY SELLER (TRANSFEROR)

FEDERAL AND STATE LAWS REQUIRE THAT YOU STATE THE MILEAGE IN CONNECTION WITH THE TRANSFER OF OWNERSHIP. MINNESOTA LAW REQUIRES THAT YOU MAKE A DISCLOSURE ABOUT DAMAGE TO THE VEHICLE. A FALSE OR FRAUDULENT STATEMENT OF PURCHASE BY ANY PERSON IS A GROSS MISDEMEANOR OR FELONY.

ODOMETER DISCLOSURE STATEMENT. I (WE) CERTIFY THAT THE ODOMETER NOW READS _____ (NO TENTHS) MILES AND TO THE BEST OF MY KNOWLEDGE THE ODOMETER MILEAGE:
☐ IS ACTUAL MILEAGE
☐ EXCEEDS MECHANICAL LIMITS OF ODOMETER
☐ IS NOT ACTUAL MILEAGE – WARNING ODOMETER DISCREPANCY

DAMAGE DISCLOSURE STATEMENT. TO THE BEST OF MY KNOWLEDGE, THIS VEHICLE: ☐ HAS ☐ HAS NOT (CHECK ONE) SUSTAINED DAMAGE IN EXCESS OF 80 PERCENT ACTUAL CASH VALUE.

ASSIGNMENT: I (WE) CERTIFY THAT THIS VEHICLE IS FREE FROM ALL SECURITY INTERESTS, WARRANT TITLE, AND ASSIGN THE REGISTRATION TAX AND VEHICLE TO:

SELLER'S PRINTED NAME(S) | DATE OF SALE | BUYER'S PRINTED NAME(S)
X SELLER'S ADDRESS | DEALER'S LICENSE # | BUYER'S ADDRESS
SELLER'S SIGNATURE(S) | | BUYER'S SIGNATURE(S)

### APPLICATION FOR TITLE BY BUYER (TRANSFEREE). MUST BE SUBMITTED WITHIN 10 DAYS (Please Print)

BUYER'S NAME (LAST) (FIRST) (MIDDLE) | DATE(S) OF BIRTH | BUYER'S DRIVER'S LICENSE NUMBER(S)
ADDL BUYER'S NAME(S) (LAST) (FIRST) (MIDDLE) | DATE(S) OF BIRTH | BUYER'S DRIVER'S LICENSE NUMBER(S)
STREET ADDRESS | CITY | COUNTY/CODE | STATE | ZIP CODE

IS THIS VEHICLE SUBJECT TO SECURITY AGREEMENT(S)? ☐ NO ☐ YES (IF YES, COMPLETE SECTION BELOW)

FIRST SECURED PARTY'S NAME (PRINT NAME) | DATE OF SECURITY AGREEMENT | FOR ADDITIONAL SECURED PARTIES, ATTACH COMPLETED FORM PS2017
STREET ADDRESS | CITY | STATE | ZIP CODE

I (WE) CERTIFY (WE) AM (ARE) OF LEGAL AGE, HAVE PURCHASED THIS VEHICLE SUBJECT TO LIENS SHOWN AND NO OTHERS. I (WE) ATTEST BY THIS TRANSACTION THAT THIS VEHICLE IS AND WILL CONTINUE TO BE INSURED WHILE OPERATED UPON THE PUBLIC STREETS AND HIGHWAYS. ALL OF MY (OUR) DECLARATIONS ARE TRUE AND CORRECT.

X _____    MINNESOTA COUNTY OR OTHER STATE WHERE VEHICLE IS KEPT
APPLICANT'S/BUYER'S SIGNATURE(S) All Must Sign

IMPORTANT – PLEASE READ: ALL INFORMATION COLLECTED ON THIS APPLICATION IS REQUIRED BY LAW AND IS USED TO IDENTIFY THE MOTOR VEHICLE. FAILURE TO PROVIDE REQUIRED INFORMATION MAY RESULT IN DENIAL OF THE REQUESTED ACTION. EXCEPT FOR CERTAIN USES PERMITTED BY FEDERAL AND STATE LAWS, PERSONAL INFORMATION CONTAINED IN YOUR APPLICATION CANNOT BE DISCLOSED TO ANYONE WITHOUT YOUR EXPRESS CONSENT. YOU MAY EXPRESSLY CONSENT TO THE DISCLOSURE OF YOUR INFORMATION BY WRITING TO THE FOLLOWING ADDRESS:

MINNESOTA DEPARTMENT OF PUBLIC SAFETY
DRIVER AND VEHICLE SERVICES DIVISION
445 MINNESOTA STREET, ST. PAUL, MINNESOTA 55101-5187
PHONE 651-297-2126   TTY 651-282-6555
dvs.dps.mn.gov


PS2700-19

KEEP IN A SAFE PLACE. ANY ALTERATION OR ERASURE VOIDS THIS TITLE.

---

### SELLER'S NOTICE OF SALE

When you sell this vehicle, you are responsible to file the information on the back side of this notice with the Department of Public Safety within 10 days. Please file this information over the Internet at dvs.dps.mn.gov, call 651-284-1234, or complete all the information on this notice and mail to the address below. This notice is not required if sold to a Minnesota licensed dealer.

MINNESOTA DEPARTMENT OF PUBLIC SAFETY
DRIVER AND VEHICLE SERVICES DIVISION
445 MINNESOTA STREET, ST. PAUL, MINNESOTA 55101-5187


TITLE NUMBER 00BQZSJ-1    VIN 1FAHP60A92Y107133

MINNESOTA MOTOR VEHICLE REGISTRATION
YR  MK     MDL    VIN
02  FORD   CV THU 1FAHP60A92Y107133
PLATE #    STICKER #   TAX    EXP
669JCD     W0269405    35.00  03/31/19
GROSS VEHICLE WEIGHT/BASE VALUE  035495
RECORDED OWNER(S)
SAMUELSON KRISTINE KARMEN

9580 194TH CT
BECKER MN 55308