UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Kristine Karmen Samuelson,

    Debtor.                                                                 BKY 18-41885

---------------------------------

Erik A. Ahlgren, Trustee,                                                 ADV 18-04135

    Plaintiff,

v.                                                                                         **JUDGMENT**

Richard Baumgartner and
Laurene Baumgartner,

    Defendant.

---

This proceeding came before the court, and a decision or order for judgment was duly rendered, the Honorable Kathleen H. Sanberg, Chief United States Bankruptcy Judge, presiding.

It is therefore Ordered and Adjudged:

1. The debtor is the title owner of the 2002 Ford Thunderbird, 3.9Liter V8 (VIN 1FAHP60A92Y107133);

2. The title creates a conclusive presumption that the debtor is the owner of the Thunderbird, and

3. The Thunderbird is property of the debtor's bankruptcy estate within the meaning of 11 U.S.C. § 541

Dated:    December 17, 2018                Lori A. Vosejpka
At:         Minneapolis, Minnesota        Clerk of Bankruptcy Court

                                                                     /e/ Lynn M. Hennen
                                            By:   _____

                                                                    Lynn M. Hennen
                                                                   Deputy Clerk

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *12/17/2018*
Lori Vosejpka, Clerk, by LH